# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARVIN DEARING, | : | Case No. 1:17-cv-425-TSB-SKB |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| MR. WEAKS, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 20) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on July 16, 2018, submitted a Report and Recommendation (Doc. 20). Plaintiff filed an objection ("Objection").[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in

---

[1] Plaintiff's Objection repeats his frustrations with the ODRC's alleged failure to inform him that it received a copy of his birth certificate, but does not contain any authority or persuasive argument to rebut the Magistrate Judge's correct conclusion that the Complaint fails to state a viable First Amendment violation or injuries resulting therefrom.

its entirety. Accordingly:

1. The Report and Recommendation (Doc. 20) is **ADOPTED;**

2. Plaintiff's Objection (Doc. 22) is **OVERRULED**;

3. Defendants' motion to dismiss (Doc. 12) is **GRANTED**; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 9/19/18

*Timothy S. Black*
Timothy S. Black
United States District Judge